[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 14, 2011
JOHN LEY
CLERK

No. 10-15148
Non-Argument Calendar

_____

D.C. Docket No. 5:09-cr-00045-WTH-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR JOHN WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 14, 2011)

Before EDMONDSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Victor John Walker in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record, including Walker's response to counsel's motion to withdraw, reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Walker's convictions and sentences are **AFFIRMED**.